1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RICHARD L. BURNS,
11           Petitioner,            No. CIV S-11-3140 GGH P
12       vs.
13  GARY SWARTHOUT,
14           Respondent.            ORDER
15  _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254.
18           The application attacks a conviction issued by the San Mateo County Superior
19  Court. While both this Court and the United States District Court in the district where petitioner
20  was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),
21  any and all witnesses and evidence necessary for the resolution of petitioner's application are
22  more readily available in San Mateo County. Id. at 499 n.15; 28 U.S.C. § 2241(d).
23  /////
24  /////
25  /////
26  /////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: December 7, 2011

　　　　　　　　　　　　　　　　　　　　 /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:md
burn3140.108