**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. BURNS,<br><br>   Petitioner,<br><br>   vs.<br><br>GARY SWARTHOUT, Warden,<br><br>   Respondent. | No. C 11-06301 EJD (PR)<br><br>ORDER DENYING LEAVE TO<br>PROCEED *IN FORMA PAUPERIS*<br><br><br><br>(Docket No. 3) |

Petitioner, a California inmate, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.[1] Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 3.) The motion is DENIED because Petitioner has not shown an adequate level of poverty as the average monthly deposit in his account was $104.67 and the average monthly balance in his account was $74.17, for the six-months preceding the filing of this petition.

Petitioner must pay the $5 filing fee **within thirty (30) days** of the date of this order or face dismissal of this action for failure to pay the filing fee.

DATED: 4/19/2012

EDWARD J. DAVILA
United States District Judge

---

[1] The matter was transferred to this Court from the Eastern District of California on December 19, 2011. (Docket No. 6.)

Order Denying IFP
G:\PRO-SE\SJ.EJD\HC.11\06301Burns_deny-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. BURNS,

        Petitioner,

v.

GARY SWARTHOUT, Warden,

        Respondent.

Case Number: CV11-06301 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/20/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard L. Burns #AA-7046
C.S.P. Solano (LOC 10-136)
2100 Peabody Road,
Vacaville, CA 95696

Dated:  4/20/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk