IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. BURNS,<br><br>        Petitioner,<br><br>  vs.<br><br>G. SWARTHOUT, Warden,<br><br>        Respondent. | No. C 11-06301 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE PROOF OF PAYMENT OF THE FILING FEE |

      On June 25, 2012, the Court dismissed this pro se petition for writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee after the Court denied his motion for leave to proceed in forma pauperis. (See Docket No. 4.) On August 6, 2012, Petitioner filed a first amended petition. (Docket No. 11.) In the interest of justice, the Court granted Petitioner a 30-days extension of time to pay the $5.00 filing fee and a motion for reconsideration to reopen this action on August 21, 2012. (See Docket No. 12.)

      On September 5, 2012, Petitioner filed a motion for reconsideration stating that he had been at an outside hospital and thus not in receipt of the court's order denying his IFP motion. (Docket No. 13.) Petitioner states that he is unable to provide confirmation of the filing fee because the facility is currently on lockdown. (Id.)

      For good cause shown, Petitioner is granted an extension of time to file proof of

Order Granting Ext. Of Time to File Proof of Payment
G:\PRO-SE\SJ.EJD\HC.11\06301Burns_misc2.wpd

payment of the filing fee, *i.e.*, **no later than thirty (30) days** from the date this order is filed**.**

**If Petitioner fails to respond in the time provided, this case will remain closed and no further filings will be accepted in this matter. Any federal petition filed by Petitioner thereafter will be opened as a new action subject to new filing fees.**

The Clerk shall enclose a copy of the docket with a copy of this order to Petitioner.

DATED: 10/5/2012

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of Time to File Proof of Payment
G:\PRO-SE\SJ.EJD\HC.11\06301Burns_misc2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L BURNS,

    Petitioner,

v.

G. SWARTHOUT, Warden,

    Respondent.

Case Number: CV11-06301 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/9/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard L. Burns AA-7046
Bldg. 1-244
California State Prison, Solano
P. O. Box 4000
Vacaville, CA 65696-4000

Dated:  10/9/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk